**In Re the Petition for DISCIPLINARY ACTION AGAINST C. Stephen ROWLEY, an Attorney at Law of the State of Minnesota.**

**No. C9–92–66.**

Supreme Court of Minnesota.

May 14, 1992.

### ORDER

WHEREAS, the Director of the Office of Lawyers Professional Responsibility and respondent C. Stephen Rowley have entered into a stipulation providing for the transfer of respondent to disability inactive

status, pursuant to Rule 28, Rules on Lawyers Professional Responsibility, and

WHEREAS, the parties have represented to the Court that respondent's psychological condition is such that he is unable to competently represent clients at this time, and

WHEREAS, on December 9, 1991, the Director filed a petition for disciplinary action against respondent with this court and that petition currently is pending,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Respondent C. Stephen Rowley is transferred to disability inactive status, effective immediately.

2. While on disability inactive status, respondent shall not render legal advice to anyone and shall not discuss legal matters with his former clients.

3. If and when respondent files a petition for reinstatement, the provisions of Rules 18(a)-(d) and 28(d), Rules on Lawyers Professional Responsibility, shall apply.